IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE BANK OF NEW YORK MELLON          :

   v.                                :  Civil Action No. DKC 14-2914

HOLLY G. ASHLEY, et al.              :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 28th day of March, 2018, by the United States District Court for the District of Maryland, ORDERED that:

1. The amended complaint filed by Plaintiff Bank of New York Mellon BE, and the same hereby IS, DISMISSED;

2. All prior rulings BE, and the same hereby ARE, VACATED; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                                 /s/
                                DEBORAH K. CHASANOW
                                United States District Judge